UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JAMES JONES | 08-cv-1969-RCF |
| Plaintiff, | ORDER DISMISSING ACTION AND DIRECTING THAT PLAINTIFF MAY REINSTATE ACTION BY PAYING FULL CIVIL FILING FEE |
| v. | |
| C. A. HUGHES, et al., | |
| Defendants. | |

_____

Plaintiff Leslie James Jones is a state prisoner proceeding pro se. Plaintiff did not prepay the $350 filing fee mandated by 28 U.S.C. § 1914(a) to commence a civil action. Instead, he filed an Application to Proceed in Forma Pauperis under 28 U.S.C. § 1915(a). In an order dated March 30, 2009, the Court denied Plaintiff's Application to Proceed in Forma Pauperis because it failed to include an inmate account statement for the six-month period immediately preceding the date Plaintiff filed his complaint. *See* 28 U.S.C. § 1915(a)(2). The Court's order gave Plaintiff 30 days to file a second Application to Proceed in Forma Pauperis with a proper inmate account statement. Dckt. # 10. The Court's order also informed Plaintiff that he would not be required to pay the $350 filing fee if he decided not to proceed with the case.

Plaintiff has not filed a second Application to Proceed in Forma Pauperis within the 30 days given by the Court's order. Therefore, this action must be dismissed for failure to pay the entire $350 as required by 28 U.S.C. § 1914(a). If Plaintiff wishes to proceed with his case, he must, within 60 days from the date this Order is filed, submit the entire $350 civil filing fee to the Clerk of Court.  <u>If Plaintiff does not wish to proceed with his case, he need not take any further action.</u>

1    Accordingly, IT IS HEREBY ORDERED that:

2    This action is DISMISSED for failure to pay the entire $350 civil filing fee as required
3    by 28 U.S.C. § 1914(a). To re-open this case and proceed on the merits with his claims, Plaintiff
4    must, within 60 days from the date this Order is filed, submit the entire $350 civil filing fee to
5    the Clerk of Court. If Plaintiff does not wish to proceed with this case, he need not pay the fee.
6    If Plaintiff does not pay the fee within 60 days from the date this Order is filed, this action shall
7    remain DISMISSED and the docket shall remain closed without further Order of the Court.

9    DATED: May 14, 2009

11                                                  /s/ Raymond C. Fisher
                                                    Raymond C. Fisher,
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation